IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

MIKAYLA THOMAS,

Plaintiff(s)

v.

WALGREENS BOOTS ALLIANCE, INC. d/b/a WALGREEN'S PHARMACY,

Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:23-cv-1596 (GLS/DJS)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __MIKAYLA THOMAS__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) __WALGREENS BOOTS ALLIANCE, INC. d/b/a WALGREEN'S PHARMACY,__

Date: 05/17/2024

BY: BERLINGIERI LAW, PLLC

*Christopher J. Berlingieri*
*Signature of plaintiffs or plaintiff's counsel*   (519324)

244 Fifth Avenue, Suite F276
*Address*

New York, New York 10001
*City, State & Zip Code*

347-766-5185
*Telephone Number*

cjb@nyctlaw.com

IT IS SO ORDERED.

*Frederick J. Scullin, Jr.*
Senior United States District Judge

Date: May 23, 2024